UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RASHEEN MCGRIER,

            Plaintiff,

   -against-                         No. 1:17-cv-00891-GLS-DJS

ST. PETER'S MEDICAL ASSOCIATES,

            Defendant.
---------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between Plaintiff, Rasheen McGrier, and Defendant, St. Peter's Health Partners Medical Associates, P.C., through its undersigned counsel, who state that they have been authorized to enter into this Stipulation, and who further state that none of the parties hereto is an infant or incompetent, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

DATED: December 15, 2017

*Plaintiff,*
*Rasheen McGrier*

By: /Rasheen McGrier/
84 Jennings Drive
Albany, NY 12204

DATED: December 15, 2017

*Defendant,*
*St. Peter's Health Partners*
*Medical Associates, P.C.*

By: /s/Kristi Rich Winters
Kristi Rich Winters, Esq.
Jackson Lewis P.C.
677 Broadway, 9th Floor
Albany, NY 12207
P: (518) 512-8700 / F: (518) 242-7730
kristi.winters@jacksonlewis.com

4833-5843-6328, v. 4

SO ORDERED:

_/s/ Gary L. Sharpe_
U.S. District Judge
Date: December 28, 2017